UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-298 |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| MOHAMMED KAMEL IBRAHIM, and | : | |
| SAMPSON LOVELACE BOATENG, | : | |
| | : | **FILED** |
| Defendants. | : | OCT 3 1 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before the Court is the government's motion to seal the indictment, bench warrants, and court file for the above-captioned matter. The Court having considered the government's motion, it GRANTS the government's request. The indictment, bench warrants, and court file shall be sealed until execution of any of the bench warrants and notification to the Court by the government of the arrest of any of the defendants. The government shall provide notification of the arrest of any of the defendants by presenting an executed bench warrant to the Clerk of the Court, after which the Clerk of the Court shall unseal the court file.

It is further ordered that the government may disclose the existence and/or contents of the indictment in the above-captioned matter to intelligence, diplomatic, and law enforcement officials in this country, in Mexico, Belize, and Guatemala, and in such other third countries as may become necessary, to the extent that such disclosure is in furtherance of efforts to gather evidence and to obtain custody of any one of the defendants.

It is further ordered that the Clerk of the Court shall provide to the United States

Attorney's Office certified copies of the indictment upon request.

DONE AND ORDERED this 31st day of October, 2007.

_____
Honorable Deborah A. Robinson
United States Magistrate Judge