# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMPSON LOVELACE BOATENG<br><br>*SEALED* | **DOCKET NO:** 07-298 | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Sampson Lovelace Boateng | |
| DOB:    ID: | | FILED |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | DEC 05 2007 |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
Bringing Aliens to the United States for Profit
Encouraging and Inducing Aliens to Come to the United States for Profit
Aiding and Abetting and Causing an Act to Be Done

| IN VIOLATION OF: | **UNITED STATES CODE TITLE & SECTION:**<br><br>18 U.S.C. § 371, 8 U.S.C. § 1324(a)(2)(B)(ii), 8 U.S.C. § 1324(a)(1)(A)(iv) and (a)(1)(B)(i), 18 U.S.C. § 2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HOLD WITHOUT BOND | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE ROBINSON | U.S. MAGISTRATE JUDGE ROBINSON | 10/31/2007 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*[signature] Jackson* | DATE:<br>10/31/2007 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  10/31/07 | NAME AND TITLE OF ARRESTING OFFICER<br>S. Owens<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER<br>*S. Ce[signature]* |
|---|---|---|
| DATE EXECUTED  12/4/07 | | |
| HIDTA CASE:  Yes ☐  No ☒ | | OCDETF CASE:  Yes ☐  No ☒ |