UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

        v.                                          :        CR. NO. 97-298-02 (RJU)

SAMUEL LOVELACE BOATENG         :

## NOTICE OF APPEARANCE

The Clerk will please note the appearance of Edward C. Sussman, as counsel for the defendant in this matter.

                    /s/
        Edward C. Sussman No. 174623
        Suite 900 South Building
        601 Pennsylvania Avenue N.W.
        Washington, D.C. 20004
        (202) 737-7110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served on all interested parties on this 6th day of December 2007 by electronic filing.

                    /s/
        Edward C. Sussman