UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
                v.                 :        Criminal Action No.: 07-298(RMU)
                                   :
#2. Sampson Lovelace Boateng       :
                                   :                **FILED**
        Defendant.                 :
                                          DEC 1 3 2007

                                          NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

**ORDER**

It is this 13 day of December 2007,

**ORDERED** that a Status hearing in the above-captioned case shall take place on January 17, 2008 at 11:00 a.m.

**SO ORDERED.**

                                   _____
                                          Ricardo M. Urbina
                                       United States District Judge