## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                    v.            :          Criminal Action No.: 07 - 298 -02 (RMU)
                                  :
#2 Sampson Lovelace Boateng       :
                    Defendant.    :

**FILED**

**JAN 17 2008**

Clerk, U.S. District and
Bankruptcy Courts

### O R D E R

It is this 16 day of January 2008, hereby

**ORDERED** a Status hearing in the above-captioned case shall take place on

February 26, 2008 at 3:30.

**SO ORDERED**.


Ricardo M. Urbina
United States District Judge