UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 07-298 (RMU) |
| SAMPSON LOVELACE BOATENG | : | |

DEFENDANT'S UNOPPOSED MOTION TO VACATE STATUS DATE
AND SET A NEW DATE DURING WEEK OF MARCH 17, 2008

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, and with the consent of the government, respectfully requests that this honorable court vacate the status hearing date of February 26, 2008, and reset the matter on a convenient date during the week of March 17, 2008. In support of this request, the defendant states the following:

1. A status hearing is presently set for February 26, 2008. Due to the schedule of the parties, an anticipated disposition has not been fully worked out. It is anticipated that, if provided additional time, that Mr. Boateng will be prepared to enter a plea of guilty on the rescheduled date.

2. Counsel has discussed this matter with Brian Rogers, Esq., one of the prosecutors in the case and he does oppose this request and has authorized counsel to make these representations.

3. The parties have been advised that the week of March 17, 2008 would appear to be convenient for the court and they would ask that the matter be set at a convenient time during

that week.

    3. The interests of justice and judicial economy favor the granting of this motion.

    WHEREFORE, for the foregoing reasons, the defendant, with the consent of the government, respectfully requests that his motion be granted, and that the hearing be continued.

```
_____/s/_____
```
Edward C. Sussman, No. 174623  
Counsel for Defendant Boateng  
Suite 900 - South Building  
601 Pennsylvania Avenue N.W.  
Washington, D.C. 20004  
(202) 737-7110

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 21st day February, 2008.

```
_____/s/_____
```
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                            :    CR. NO. 07-298 (RMU)

SAMPSON LOVELACE BOATENG          :    :

## O R D E R

The court has before it the unopposed request of the defendant to vacate the status hearing date currently set for February 26, 2008 and to reschedule the matter for a convenient date during the week of March, 17, 2008.   The court finds that the defendant has advanced good cause for his request and that the granting of this request is consistent with the interests of justice. It is, therefore, this _____ day of _____,2008.

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the parties appear on _____, 2008 at _____ for a status hearing in this matter..

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE