UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

v.                                :          CR. NO. 07-298 (RMU)

SAMPSON LOVELACE BOATENG          :

## O R D E R

The court has before it the unopposed request of the defendant to vacate the status hearing date currently set for February 26, 2008 and to reschedule the matter for a convenient date during the week of March, 17, 2008. The court finds that the defendant has advanced good cause for his request and that the granting of this request is consistent with the interests of justice. It is, therefore, this 20 day of February, 2008.

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the parties appear on March 20, 2008 at 2:00 for a status hearing in this matter.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE