UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 07-298 (RMU) |
| | : | |
| v. | : | |
| | : | |
| SAMPSON LOVELACE BOATENG | : | |
| | : | |
| Defendant. | | |

NOTICE OF SUBSTITUTION

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant United States Attorney G. Michael Harvey, D.C. Bar Number 447-465, telephone number (202) 305-4155, and email address michael.harvey2@usdoj.gov. Mr. Harvey will substitute for Assistant United States Attorney Jay I. Bratt as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 498610


    _____
    G. MICHAEL HARVEY
    ASSISTANT UNITED STATES ATTORNEY
    Bar No. 447-465
    555 4th Street, N.W., Room 11-439
    Washington, DC 20530
    (202) 305-4155

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by US Mail on counsel for the defendant:

**Edward Charles Sussman**
601 Pennsylvania Avenue, NW
Suite 900-South Building
Washington, DC 20004-2601
(202) 737-7110
Fax: (202) 347-1999
Email: edwardsussman@yahoo.com

on this 25th day of February, 2008.

_____
G. Michael Harvey
ASSISTANT UNITED STATES ATTORNEY