UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-298 (RMU) |
| | : | |
| v. | : | |
| | : | |
| **SAMPSON LOVELACE BOATENG** | : | |
| | : | |

## GOVERNMENT'S CONSENT MOTION TO VACATE STATUS DATE AND TO SET NEW STATUS DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and with the consent of the defendant, respectfully requests that this Court vacate the status hearing scheduled for March 20, 2008 at 2:00 p.m. and reset the matter. In support of this request, the government states further as follows:

1. A status hearing in this matter is presently set for March 20, 2008 at 2:00 p.m.

2. The parties anticipate that this matter will be resolved by disposition at the next status date. Both parties are working diligently towards that goal but additional time is needed to work out the agreement.

3. Undersigned counsel has discussed this matter with the attorney for the defendant, Edward Sussman, and he has indicated that the defendant consents to this request and waives his Speedy Trial rights until the next status date in this matter.

4. Undersigned counsel has been advised that **April 22, 2008, at 10:00 a.m.** would appear to be a convenient date for the Court to re-set the status hearing. That date is also convenient for the parties. Alternatively, the parties would propose the following dates to re-set the status hearing: April 23rd or 25th, 2008.

5.  The interests of justice and judicial economy favor the granting of this motion.

WHEREFORE, for the reasons stated above, the government, with the consent of the defendant, respectfully requests that this motion be granted and the status hearing continued.

>Respectfully submitted,
>
>JEFFRY A. TAYLOR
>United States Attorney
>Bar No. 498610
>
>_____/s/_____
>G. MICHAEL HARVEY
>ASSISTANT UNITED STATES ATTORNEY
>D.C. Bar No. 447465
>555 4th St., N.W., Room 11-439
>Washington, DC 20530
>Phone: (202) 305-4155; Fax: (202) 307-6059
>michael.harvey2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing was served electronically on the attorney for the defendant, Edward Sussman, this 13th day of March 2008.

>_____/s/_____
>G. Michael Harvey
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-298 (RMU) |
| | : | |
| v. | : | |
| | : | |
| **SAMPSON LOVELACE BOATENG** | : | |
| | : | |

**ORDER**

Upon consideration of the Government's Consent Motion to Vacate Status Date and Set New Status Date, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Motion be GRANTED; and it is

FURTHER ORDERED, that the status hearing scheduled for March 20, 2008 at 2:00 p.m. is hereby VACATED; and it is

FURTHER ORDERED, that the parties appear on _____, 2008 at _____ for a status hearing on this matter.


_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 11-439
Washington, DC 20530

Edward Sussman
601 Pennsylvania Avenue, N.W.
Suite 900-South Building
Washington, DC 20004-2601