UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-298 (RMU) |
| v. | : | |
| SAMPSON LOVELACE BOATENG | : | |

**FILED**
MAR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Government's Consent Motion to Vacate Status Date and Set New Status Date, and the record herein, it is this 14 day of March, 2008, hereby

ORDERED, that the Motion be GRANTED; and it is

FURTHER ORDERED, that the status hearing scheduled for March 20, 2008 at 2:00 p.m. is hereby VACATED; and it is

FURTHER ORDERED, that the parties appear on April 22, 2008 at 10:00 for a status hearing on this matter.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE