CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 22 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 07-0298-02
)
#2 Sampson Lovelace Boateng )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge