UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-298-02 (RMU)
:
SAMPSON BOATENG, :
:
Defendant. :

**FILED**
APR 2 2 2008
Clerk, U.S. District and
Bankruptcy Courts

**O R D E R**

It is this 22nd day of April 2008, hereby

**ORDERED** a Status hearing in the above-captioned case shall take place on August 7, 2008 at 11:00.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge