UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 07-298-02 (RMU) |
| SAMPSON BOATENG | : |

DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE SCHEDULED STATUS HEARING

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court continue the status hearing in this matter for approximately 60 days. In support of this request, the defendant states the following:

1. On April 22, 2008, the defendant entered a guilty plea in this matter. At the time of his plea, no sentencing date was set. At the request of the parties, the court, instead, scheduled a status hearing for August 7, 2008.

2. It is now clear to the parties that the scheduled status hearing will not be particularly useful. The co-defendant has not resolved his matter and the sentencing of the defendant must necessarily await the co-defendant's scheduled plea.

3. For those reasons, the defendant would respectfully request that the court cancel the status hearing set for August 7, 2008 and reschedule a status hearing for early October 2008, on a date convenient for all concerned.

4. Counsel has discussed this matter with Michael Harvey, the AUSA assigned to the matter, and he has indicated that he has no opposition to the granting of this request.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that his motion be granted, and that the hearing be continued approximately 60 days.

                                                                                                              _____
Edward C. Sussman, No. 174623
Counsel for Defendant Boateng
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 15th day of July, 2008.

_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 07-298 (RMU) |
| SAMPSON LOVELACE BOATENG | : : | |

O R D E R

The court has before it the unopposed request of the defendant to vacate the status hearing date currently set for August 7, 2008, and to reschedule the matter for a convenient date during early October, 2008. The court finds that the defendant has advanced good cause for his request and that the granting of this request is consistent with the interests of justice. It is, therefore, this _____ day of _____,2008.

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the parties appear on _____, 2008 at _____ for a status hearing in this matter..

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE